# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00395-CV

**In re Kailyn Andrews**

---

**ORIGINAL PROCEEDING FROM BELL COUNTY**

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of habeas corpus is denied and the motion for emergency temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: April 30, 2026